# Court of Appeals
# of the State of Georgia

ATLANTA, __January 29, 2015__

*The Court of Appeals hereby passes the following order:*

**A15D0228.  EDWARD STANFORD, III v. THE STATE.**

On December 4, 2014, the trial court denied Edward Stanford, III's motion to vacate a void sentence.  Stanford filed an application for discretionary appeal from this ruling on January 8, 2015.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Stanford filed his application 35 days after entry of the order he seeks to appeal.  Therefore, his untimely application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____01/29/2015_____
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*